UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-01948

**Flores Sangronis,**
*Petitioner,*
v.
**Lyons, et al.,**
*Respondents.*

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus. Petitioner's Petition is deficient because he failed to submit the required filing fee or file an application to proceed *in forma pauperis*.

Petitioner's Petition for Writ of Habeas Corpus is denied without prejudice to refiling with the required filing fee or a motion to proceed *in forma pauperis* before August 26, 2026.

The Clerk's Office shall forward Petitioner an application to proceed *in forma pauperis*.

*So ordered by the Court on July 27, 2026.*

ANDREW DAVIS
United States District Judge